DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GABRIEL GUZMAN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2854

[April 9, 2026]

Appeal of order denying rule 3.850 from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Thomas J. Coleman, Judge; L.T. Case No. 061996CF023320B88810.

Michelle Walsh of Law Offices of Michelle Walsh, P.A., Coral Gables, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, FORST and SHEPHERD, JJ., concur.

\*      \*      \*

***Not final until disposition of timely-filed motion for rehearing.***